PD-0771-15

Cause No. W09-71128-M (A)

In the Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

Georgia L. Jones

vs.

The State of Texas
From Appeal No. 05-13-0042-CR
Trial Cause No. F09-71128-M
Dallas County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

First Motion For Extension of Time To File Petition For
Discretion Review

To The Honorable Judges of The Court of Criminal Appeals:

Comes Now, Georgia L. Jones, Petitioner and Files this Motion For An Extension of Sixty (60) Days In which To File A Petition For Discretion Review. In Support of this Motion Appellant Shows The Court The Following:

I.

The Petitione was Convicted In The 194th District Court of Dallas County, Texas of The Offense of Reckless Injury In Cause No. F09-71128-M, Styled State of Texas vs. Georgia L. Jones. The Petitioner Appealed To The Court of Appeals, Fifth District, The Case Was Affirmed On March 26, 2014.

# CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR STATE, SUSAN HAWK, AT FRANK CROWLEY COURTS BUILDING, 133 N. RIVERFRONT BLVD, LB 19, DALLAS, TEXAS 75207, AND TO THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, AUSTIN, TEXAS 78711 ON THIS THE 25TH DAY OF MAY, 2015.

I, GEORGIA L. JONES, #1846642, BEING PRESENTLY INCARCERATED IN THE HILLTOP UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN GATESVILLE, COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 25th DAY OF MAY, 2015.

GEORGIA L. JONES, PETITIONER, PRO SE
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE HILLTOP UNIT #1846642
GATESVILLE, TEXAS COUNTY

# DECLARATION OF INABILITY TO PAY COST

NOW RESPECTFULLY COMES GEORGIA L. JONES, #1846642, AND DECLARES THAT I AM UNABLE TO PAY THE COURT COSTS IN THIS LEGAL ACTION AND REQUESTS LEAVE OF THE COURT TO PROCEED IN FORMA PAUPERIS IN THIS ACCOMPANYING LEGAL ACTION AND WOULD SHOW THE COURT THE FOLLOWING:

(1) I AM PRESENTLY INCARCERATED IN THE HILLTOP UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE WHERE I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

(2) I HAVE NO SOURCE OF INCOME OR SPOUSAL INCOME.

(3) I CURRENTLY HAVE $0 CREDITED TO ME IN THE INMATE TRUST FUND.

(4) DURING MY INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE I HAVE RECEIVED APPROXIMATELY $25 PER MONTH AS GIFTS FROM RELATIVES AND FRIENDS.

(5) I NEITHER OWN NOR HAVE AN INTEREST IN ANY REALTY, STOCKS, BONDS, OR BANK ACCOUNTS AND I RECEIVE NO INTEREST OR DIVIDEND INCOME FROM ANY SOURCE.

(6) I HAVE (4) FOUR DEPENDENTS.

(7) I HAVE TOTAL DEBTS OF APPROXIMATELY $50,000,000

(8) I OWE $10,000.000 AS RESTITUTION.

(9) MY MONTHLY EXPENSES ARE APPROXIXMATELY $25

I, GEORGIA L. JONES, #1846642, BEING PRESENTLY INCARCERATED IN THE HILLTOP UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN CORYELL COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 25th DAY OF MAY, 2015.

Georgia L. Jones
GEORGIA L. JONES
#1846642